## Case No. 2,048.

BRUCE v. SWAZEY.

[See Case No. 13,751.]